1420

■ The People of the State of New York, Respondent, v Roosevelt Roberts, Appellant. [998 NYS2d 130]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Carni and Lindley, JJ.

■ Mary Beebe et al., Respondents-Appellants, v St. Joseph's Hospital Health Center, Defendant, Associates for Women's Medicine, PLLC, et al., Appellants-Respondents, and Suchitra Kavety, M.D., Respondent. [998 NYS2d 130]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Valentino and Whalen, JJ.

■ In the Matter of Taleeya M. Cayuga County Department of Health and Human Services, Respondent; Ranesha S., Appellant. [998 NYS2d 129]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Sconiers, Whalen and DeJoseph, JJ.

■ The People of the State of New York, Respondent, v Laron Robinson, Appellant. [998 NYS2d 130]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Whalen and DeJoseph, JJ.

■ In the Matter of Bernice Malcolm, Appellant, v New York State Department of Labor et al., Respondents. [998 NYS2d 130]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Sconiers, Whalen and DeJoseph, JJ.